FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 13 PM 2:33
CLERK M. ariw
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: ) Case Nos.:
)
LEAVE OF ABSENCE REQUEST )
HENRY W. SYMS, JR. ) CR118-042, M. McNatt
October 9, 2019 through October 11, ) CR118-089, T. Thomas
2019 ) CR119-005, N. Herrington
) CR119-017, L. Finley, Jr.
) CR119-026, J. Bogans
) CR119-028, C. Devore
) CR119-038, E. Smith, III
) CR119-039, R. Williams
) CR119-050, B. Whitehead
) CR119-062, T. Comer
) CR119-064, D. McFarlin
) CR119-075, D. Shanks
) CR119-082, M. McNatt
) CR119-085, F. Brown
) CR119-096, A. Brinson
) CR119-101, D. Shanks

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Henry W. Syms, Jr. for the dates of October 9, 2019 through October 11, 2019 for family vacation; same is hereby GRANTED.

This 13th day of September, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA